AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means          SCS/EAG

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 2:21-mj-457
COMPANY 1 PARCEL BEARING TRACKING NUMBER )
1ZY8R9980399542642 )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

COMPANY 1 PARCEL BEARING TRACKING NUMBER 1ZY8R9980399542642

located in the  Southern  District of  Ohio , there is now concealed *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with intent to distribute a controlled substance |
| 21 U.S.C. 843(b) | Prohibited use of a communication facility in the commission of a crime |
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribute a controlled substance |

The application is based on these facts:
The attached affidavit submitted in support of this applicaiton, which affidavit is incorporated herein by reference.

☑ Continued on the attached sheet.

☑ Delayed notice of  30  days *(give exact ending date if more than 30 days:          )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Justin D. Koble, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
*(specify reliable electronic means)*

Date: 7/7/21

*Judge's signature*

City and state: Columbus, Ohio             Hon. Kimberly A. Jolson, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE OPENING AND SEARCH OF: | CASE NO.  2:21-mj-457 |
| A COMPANY 1 PARCEL BEARING TRACKING NUMBER 1ZY8R9980399542642 | MAGISTRATE JUDGE JOLSON |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION
UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE**

I, Justin D. Koble, being duly sworn, do hereby state the following:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since July 2014. I am currently assigned to the Narcotics and Money Laundering Team at the USPIS's Columbus, Ohio field office. In this capacity, I am responsible for investigating the illegal use of the United States Mails for the purpose of transporting controlled substances such as methamphetamine, heroin, fentanyl, fentanyl-related analogs, cocaine, and other controlled substances, in violation of, among other statutes, Title 21, United States Code, Sections 841(a)(1) (manufacturing, distribution, or possession with the intent to manufacture or distribute a controlled substance), 843(b) (unlawful use of a communication facility in the commission of a crime), and 846 (drug conspiracy). In addition, I am responsible for investigating possible violations of 18 U.S.C. §§ 1956 and 1957 (money laundering). Prior to my assignment as a Postal Inspector, from January 2007 through June 2014, I was employed as a state law enforcement officer in the State of Florida. As a state law enforcement officer for the State of Florida, I conducted numerous investigations involving the possession, sale, and manufacture of narcotics.

2. I have been involved in the investigation and discovery of drug contraband and drug proceeds on multiple occasions. I have personally been the affiant for search warrants that have resulted in the discovery of controlled substances and drug proceeds. My current assignment to the Columbus Processing and Distribution Center ("P&DC") involves investigating the use of the U.S. Mails by drug traffickers, in which established drug package profiles, surveillance, and drug detection dogs, among other investigative tools, are utilized.

3. This affidavit is made in support of an application under Rule 41 of Federal Rules of Criminal Procedure, for a warrant to search for and seize evidence, instrumentalities, contraband, and fruits of violations of Title 21, United States Code, Sections 841(a)(1) (manufacturing, distribution, or possession with the intent to manufacture or distribute a controlled substance), 843(b) (unlawful use of a communication facility in the commission of a crime), 846 (drug conspiracy), and of Title 18, United States Code, Section 1716 (mailing injurious material) from a Company 1 parcel bearing tracking number 1ZY8R9980399542642 (hereinafter the "SUBJECT PARCEL"). (Company 1 is an American multinational shipping and receiving company.)

4. The facts set forth in this affidavit are based on my personal knowledge, knowledge obtained during my participation in this investigation, knowledge obtained from other individuals, review of records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, this affidavit does not set forth each and every fact learned by me during the course of this investigation.

**SUBJECT PARCEL**

5.     On or about July 7, 2021, law enforcement interdiction personnel in Columbus, Ohio interdicted the SUBJECT PARCEL at a Company 1 parcel processing facility. The SUBJECT PARCEL is addressed to "Attn: Ms. Jones, 1497 Venice Drive, Columbus, Ohio 43207" with a return address of "SOLAR BLVD, 2834 Hamner Avenue, Norco, CA 92860." The SUBJECT PARCEL is a brown cardboard box measuring approximately 24" x 24" x 24" and weighing approximately 39 pounds. The mailing label affixed to the SUBJECT PARCEL indicates it was mailed from Norco, California on or about June 23, 2021.

**PROBABLE CAUSE**

6.     Among the characteristics of the drug profile possessed by the SUBJECT PARCEL is the "source state" origination of the parcel, as well as the particular destination of the SUBJECT PARCEL.

7.     Your affiant submits that the destination state of the SUBJECT PARCEL bears on the issue of probable cause here. For example, US Postal Inspectors, special agents of the Drug Enforcement Administration ("DEA"), and other intelligence sources have identified California as a source state for illegal drugs flowing into Central Ohio and a destination state for the proceeds from the sale of these illegal drugs.

8.     On or about July 7, 2021, checks of USPS, law enforcement, and open-source electronic databases were conducted to determine the validity of the destination information contained on the SUBJECT PARCEL. The destination address, 1497 Venice Drive, was found to be a valid address in the 43207 zip code. Law enforcement was unable to locate anyone with a first or last name of "Jones," in particular a "Ms. Jones," associated with the address

9.     Your affiant further submits that the source-state information associated with the

SUBJECT PARCEL also bears on probable cause. That is, on or about July 7, 2021, checks of USPS, law enforcement, and open-source electronic databases were conducted to determine the validity of the return information contained on the SUBJECT PARCEL. The return address, 2834 Hamner Avenue, was determined to be a valid address in the 92860 zip code. The address was found to be associated with Business Express of Norco, a commercial mail receiving agent ("CMRA"). A CMRA is a private business that accepts mail from the United States Postal Service for recipients, keeps it for collection in a private mailbox, or re-mails it to another location with newly paid postage. Business Express of Norco also offers shipping services via USPS, FedEx and UPS. Many CMRAs will allow their business name and address to be used for the shipping of parcels from their location. Your affiant is aware, based upon training and experience, that shippers of controlled substances will frequently utilize CMRAs for the shipping of these parcels because of the perceived anonymity provided by using a business return address A business by the name "SOLAR BLVD" was not found to be associated with the address.

10. Regarding both the above-described return and destination addresses, I know through training and experience that shippers of controlled substances will frequently utilize CMRAs for the shipping of these parcels because of the perceived anonymity provided by using a business name and return address. Further, Your affiant is aware that while a legitimate recipient address is required to ensure the delivery of parcels, shippers of drugs will often use a fictitious recipient name to reduce the probability of identification and apprehension by law enforcement.

11. As additional background that bears on probable cause with respect to the SUBJECT PARCEL, in or around March 2021, US Postal Inspectors in New Jersey provided information regarding a drug trafficking organization ("DTO") utilizing the USPS and other

4

private carriers for the shipment of fentanyl and other controlled substances from California to Columbus, Ohio. During the course of the investigation, Keith JAMES (JAMES) was identified as the likely leader of that DTO.

12. Your affiant is aware that, in or around March of 2021, US Postal Inspectors in Newark, New Jersey interdicted the USPS Priority Mail Express parcel bearing USPS tracking number EJ 086 559 077 US (hereinafter the "New Jersey Seized Parcel"). The New Jersey Seized Parcel was addressed to "Carlos Matos, 269 Sherman St, Passaic, New Jersey 07055" with a return address of "Jose Matos, 10824 Mint Leaf Way, Fontana, CA 92337." On or about March 12, 2021, a federal search warrant was executed on the New Jersey Seized Parcel resulting in the seizure of approximately three kilograms of suspected fentanyl. Relevant here, the mailing box used for the New Jersey Seized Parcel is a brown, square Company 1 mailing box similar to the box used for the mailing of the 2291 Pontiac St Parcel #3, described below. As explained below, further investigation indicated additional connection points between the related parcels, JAMES, and ultimately the SUBJECT PARCEL.

13. During the course of the investigation into the New Jersey Seized Parcel, US Postal Inspectors identified, among other parcels, the USPS Priority Mail Express parcel bearing USPS tracking number EJ 086 559 050 US (hereinafter the "944 Ohio Ave Parcel #1"). Retail USPS Priority Mail Express labels are produced in a predictable sequence. The first two characters are letters followed by nine numbers and ending with the letters "US." Of the nine numbers, eight are in numerical order with the last number being a check digit used internally by the USPS to verify the authenticity of the mailing label. The USPS Priority Mail Express label used in the mailing of the New Jersey Seized Parcel is two labels out of sequence from the 944 Ohio Ave Parcel #1. Based on my training and experience, I know shippers of controlled

substances will often take multiple USPS Priority Mail Express labels, which are readily available at USPS retail locations, for future mailings. This allows the shipper to fill out the label prior to entering the post office and minimize their time in the post office and contact with USPS employees. Further, the 944 Ohio Ave Parcel #1 was determined to have been mailed on the same day as the New Jersey Seized Parcel from a USPS location approximately nine minutes away. Based on the above, including the location of the USPS locations and the close connection between the USPS Priority Mail Express labels, Your affiant respectfully submits that there is a strong likelihood that the New Jersey Seized Parcel and the 944 Ohio Ave Parcel #1 were mailed by the same person or organization.

14. Upon further review of the label sequence from the New Jersey Seized Parcel, an additional parcel, USPS Priority Mail Express parcel EJ 086 559 001 US (hereinafter the "2291 Pontiac St Parcel #1") was identified. The 2291 Pontiac St Parcel #1 was found to be addressed to "Roxy Dunes, 2291 Pontiac St, Colubus [sic], Ohio 43211," with a return address of "Kenny Dunes, 317 C. Street, Ontario, CA 91762." The 2291 Pontiac St Parcel #1 was found to be seven labels out of sequence with the New Jersey Seized Parcel and was mailed from Ontario, CA 91762 on or about February 16, 2021. Again, based on the above, Your affiant respectfully submits that there is a strong likelihood that the New Jersey Seized Parcel and the 2291 Pontiac St Parcel #1 were mailed by the same person or organization.

15. On or about April 6, 2021, US Postal Inspectors in Columbus, Ohio identified the USPS Priority Mail Express parcel bearing USPS tracking number EJ 603 546 445 US (hereinafter the "2291 Pontiac St Parcel #2). The 2291 Pontiac St Parcel #2 was mailed from Patton, California 92369 and weighed approximately 7 pounds.

16. On or about April 6, 2021, law enforcement conducted surveillance of the

6

delivery of the 2291 Pontiac St Parcel #2. Prior to delivery of the parcel, a white Jeep Cherokee, later determined to have been rented to JAMES, was observed backed into the driveway of 2291 Pontiac Street. After the Jeep departed the area, a black GMC SUV bearing Ohio license plate JHB2277 was observed backed into the driveway of 2291 Pontiac St. The GMC was determined to be registered to Richard L. JONES (JONES) of Pataskala, Ohio.

17. On or about April 9, 2021, US Postal Inspectors in Columbus, Ohio identified the USPS Priority Mail Express parcel bearing USPS tracking number EJ 482 201 210 US (hereinafter the "944 S. Ohio Ave Parcel #2"). The 944 S. Ohio Ave Parcel #2 was addressed to "Loring Allen, 944 S. Ohio Ave, Columbus Ohio 43206" with a return address of "Jose Delgado, 6559 Summersville Pl., Highland, CA 92346."

18. On or about April 12, 2021, law enforcement conducted surveillance of the delivery of this fourth package—944 S. Ohio Ave Parcel #2—related to the SUBJECT PARCEL. Following delivery, an unknown individual was observed grabbing the 944 S. Ohio Ave Parcel #2 parcel off of the door stoop where it was delivered, running with the parcel to a nearby alley, and throwing the 944 S. Ohio Ave Parcel #2 parcel inside of a moving black Dodge Ram operated by a black male later identified as Undra BROOM (BROOM). Based upon training and experience, Your affiant is aware that such conduct is both unusual and indicative of narcotics trafficking. Surveillance units observed BROOM then proceed to meet with the white Jeep Cherokee known to be rented to JAMES. Law enforcement observed BROOM hand the parcel to JAMES.

19. On or about April 15, 2021, US Postal Inspectors in Columbus, Ohio identified the USPS Priority Mail Express parcel bearing USPS tracking number 9481 7111 0803 6801 4995 21 (hereinafter the "2291 Pontiac St Parcel #3"). The 2291 Pontiac St Parcel #3 was

addressed to "Lori Allen, 2291 Pontiac St, Columbus, OH 43211-2049" with a return address of "[J]ose Delgado, 6745 Grove Ave, Highland, CA 92346." The 2291 Pontiac St Parcel #3 was mailed from San Bernardino, CA on or about April 14, 2021, and weighed approximately 5 pounds 8 ounces.

20. After identifying the 2291 Pontiac St Parcel #3 through the USPS system, on or about April 16, 2021, law enforcement attempted to conduct surveillance of the delivery of the 2291 Pontiac St Parcel #3. A US Postal Inspector, acting in an undercover capacity, attempted to deliver the 2291 Pontiac St Parcel #3 to the residence located at 2291 Pontiac St; however, the female who answered the door refused to take delivery of the 2291 Pontiac St Parcel #3. A short time later, while debriefing at a nearby location, law enforcement observed JAMES and JONES drive past in their respective vehicles and park nearby. Based on training and experience, it is believed by law enforcement that JAMES and JONES were conducting counter surveillance.

21. On or about April 21, 2021, a federal search warrant for the 2291 Pontiac St Parcel #3 was signed by the Honorable Kimberly A. Jolson, United States Magistrate Judge for the Southern District of Ohio. The search warrant was executed the same day resulting in the seizure from the 2291 Pontiac St Parcel #3 of approximately 2,000 grams of fentanyl.

22. On or about June 25, 2021, law enforcement conducted surveillance of JAMES. JAMES was observed parked in front of 1497 Venice Drive, Columbus, Ohio 43207, the destination address of the SUBJECT PARCEL. JONES, driving his GMC SUV, was also observed parked near the residence. Checks of USPS databases failed to identify a USPS parcel destined for the address or any addresses nearby leading law enforcement to believe JAMES and JONES were expecting a parcel from another private carrier.

## OUTBOUND PARCELS

23. Checks of USPS business records, label sequencing, parcel images, and parcel delivery information indicate that between January 2021 and the present, at least thirty-two USPS Priority Mail Express parcels, which can be attributed to the JAMES DTO, have been mailed from the Columbus, Ohio 43218 Post Office to eight addresses in southern California. Of these thirty-two parcels, law enforcement was able to obtain surveillance video showing the mailing of fifteen. In each of these fifteen mailings, JAMES has been determined to be the mailer.

24. Three of these suspicious parcels were interdicted and searched by US Postal Inspectors pursuant to federal sneak and peek search warrants issued in the Southern District of Ohio. These sneak and peek search warrants, which occurred on or about April 26, June 9, and June 24, 2021, resulted in the identification of $27,000.00, $31,000.00, and $25,800.00 in United States currency respectively. Pursuant to the conditions of the sneak and peek warrants, the currency was documented before being repackaged and returned to the US Mail for delivery.

25. Based on Your affiant's training and experience, this volume of cash mailings is consistent with payments for the receipt of controlled substances.

26. **Summary:** In short, over the course of the investigation regarding the above parcels, law enforcement has identified numerous parcels mailed from California to addresses in Ohio in a manner that relate to each other, as well as numerous parcels mailed from Ohio to addresses in California, all of which bear the indicia of drug trafficking activities. Moreover, with respect to the above packages, JAMES, who is the target of an ongoing narcotics investigation, has been placed at locations relevant to the delivery, or attempted delivery, of suspect packages sent to 944 S. Ohio and 2291 Pontiac. Tying to the present SUSPECT

PARCEL, JAMES and JONES were observed by surveillance units seated in their vehicles in front of the delivery address of the SUSPECT PARCEL. Their activities were consistent with prior surveillance conducted on days where parcels suspected and confirmed to contain controlled substances were delivered. Based upon training and experience, Your affiant respectfully submits that the above information is indicative of drug trafficking activity, and that, based on the above, there is probable cause to search the SUBJECT PARCEL.

## EXAMINATION BY DRUG DETECTING CANINE

27. On or about July 7, 2021, US Postal Inspectors contacted Officer Kyle McKeon, Columbus Division of Police, who is the handler for "King," a drug detecting canine. "King" has been certified by the Ohio Peace Officers Training Association Since December 2016 for tracking, article search, and the detection of Marijuana, Cocaine, Heroin, Methamphetamine, and their derivatives. Canine "King" has over 200 hours of training at the Gold Shield Training Kennels located in Blacklick, Ohio. Both in training and actual deployments, canine "King" has successfully detected narcotics, demonstrating clear, passive alerts and establishing himself as a highly reliable police service dog.

28. The SUBJECT PARCEL was hidden among other parcels and mail processing equipment. Canine "King" was allowed to search the entire area. Officer McKeon concluded that "King" did alert positively to the SUBJECT PARCEL. Based on that alert, Officer KcKeon concluded that the odor of one of the drugs "King" is trained and certified to detect was present.

29. In accordance with Title 18, United States Code, Section 3103a(b)(3), I request that the warrant delay notification of the execution of the warrant for 30 days from the execution of the warrant, or until August 6, 2021, because there is reasonable cause to believe that providing immediate notification may have an adverse result, as defined in 18 U.S.C. § 2705.

Providing immediate notice would seriously jeopardize the investigation by prematurely revealing its existence and giving suspects an opportunity to flee from prosecution, destroy or tamper with evidence, intimidate potential witnesses, notify confederates, and change patterns of behavior. The United States is still conducting its investigation, and intends to continue its investigation with additional surveillance in California and the Southern District of Ohio.

## CONCLUSION

30. Based upon the foregoing facts and my training, experience, and expertise as a US Postal Inspector, I submit there is probable cause to search the Subject Parcel for controlled substances, drug proceeds, and other evidence of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and Title 18, United States Code, Section 1716.

31. The above information is true and correct to the best of my knowledge, information, and belief.

Justin D. Koble
US Postal Inspector

Sworn and subscribed to me
This 7th day of July 2021

KIMBERLY A. JOLSON
United States Magistrate Judge